## STATE OF CONNECTICUT *v.* JAMES BRILEY

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 258 (AC 17529), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal on the following issue: (1) Did the state's closing argument constitute prosecutorial misconduct; and (2) If the answer to question one is in the affirmative, did the defendant waive his right because he failed to object at trial?

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Lisa J. Steele,* special public defender, in support of the petition.

*Bruce R. Lockwood,* deputy assistant state's attorney, in opposition.

Decided November 30, 1999

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* RALPH CARABETTA

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* SALVATORE P. CARABETTA

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* EVELYN M. CARABETTA

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* SALVATORE R. CARABETTA

The petition by the defendants, Ralph Carabetta, Salvatore P. Carabetta, Evelyn M. Carabetta and Salvatore R. Carabetta, for certification for appeal from the Appellate Court, 55 Conn. App. 369 (AC 17871), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Kerry M. Wisser* and *Nathan A. Schatz*, in support of the petition.

*James W. Oliver* and *Maria K. Tougas*, in opposition.

Decided November 30, 1999

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* RALPH CARABETTA

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* SALVATORE P. CARABETTA

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* EVELYN M. CARABETTA

## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* SALVATORE R. CARABETTA

The petition by the defendants, Ralph Carabetta, Salvatore P. Carabetta, Evelyn M. Carabetta and Salvatore R. Carabetta, for certification for appeal from the Appellate Court, 55 Conn. App. 384 (AC 17923), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Kerry M. Wisser* and *Nathan A. Schatz*, in support of the petition.

*James W. Oliver* and *Maria K. Tougas*, in opposition.

Decided November 30, 1999

## LILLIAN MACK *v.* BERNARD LAVALLEY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 55 Conn. App. 150 (AC 18196), is denied.